LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

May 14, 2015

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

**Via E-Mail to:**
**newcases@ca2.uscourts.gov**
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

**Re:  Avila v. Riexinger & Associates, LLC**
**Case Number:  15-1584**

Dear Clerk of Court:

I, Abraham Kleinman, a Non-Admitted Attorney before this Honorable Court, will not be a part
of this case, Avila v. Riexinger & Associates, LLC, 15-1584.

If any further clarification is necessary, please contact me.

Thank You,

Abraham Kleinman