# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE** <br> ANNMARIE AVILA, an individual; on behalf of herself and all others similarly situated, <br><br> vs. | **DISTRICT** <br> E.D.N.Y. | **DOCKET NUMBER** <br> 1:13-cv-04349-RJD-LB |
| | **JUDGE** <br> Raymond J. Dearie | **APPELLANT** <br> Annmarie Avila |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT** <br> Andrew T. Thomasson / Philip D. Stern |

| | |
|---|---|
| Check the applicable provision: <br> ☐ I am ordering a transcript. <br> ☑ I am not ordering a transcript <br><br> Reason for not ordering a transcript: <br> ☐ Copy is already available <br> ☑ No transcribed proceedings <br> ☐ Other (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.) <br><br> no transcript required <br><br><br><br> **METHOD OF PAYMENT**  ☑ Funds  ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:** <br> ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS <br> ☐ PREPARE TRANSCRIPT OF TRIAL <br> ☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS <br> ☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE) |

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| s/ Andrew T. Thomasson | May 28, 2015 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |

## CERTIFICATE OF SERVICE

I, Andrew T. Thomasson, being duly admitted to practice law in the State of New Jersey and United States Second Circuit Court of Appeals, hereby affirm under the penalties of perjury that on May 28, 2015, I served the following documents on the Clerk of Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system:

- **CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)**

I also certify that the foregoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by using this Court's CM/EFC system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing as indicated on the attached service list.

*In accordance with 28 U.S.C. §1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 28th day of May 2015.*

*s/ Andrew T. Thomasson*
Andrew T. Thomasson, Esq.
THOMASSON LAW, LLC
101 Hudson Street, 21st Floor
Jersey City, New Jersey 07302
Telephone: (201) 479-9969
Facsimile: (855) 479-9969
E-Mail: andrew@thomassonllc.com

## SERVICE LIST

William G. Ballaine [Via CM/ECF]
Tina S. Bhatt [Via CM/ECF]
LANDMAN, CORSI, BALLAINE & FORD, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079

*Attorney for Defendants-Appellees, Riexinger & Associates, LLC, Stephen P. Riexinger, and Bureaus Investment Group Portfolio No.15, LLC*