Philip D. Stern *
Andrew T. Thomasson

* also admitted in D.C.

# STERN•THOMASSON

*a limited liability partnership*
2816 Morris Avenue, Suite 30
Union, New Jersey 07083-4870
TEL (973) 379-7500
FAX (973) 532-5868
*www.SternThomasson.com*

WRITER'S E-MAIL:
philip@sternthomasson.com

DIRECT PHONE:
(551) 800-7445

Thursday, December 10, 2015

Catherine O'Hagan Wolfe
United States Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*RE:* Annamarie Avila v. Riexinger & Associates, LLC, and
Sara Elrod v. Riexinger & Associates, LLC
Case 15- 1584(L) 1597(Con)

Dear Ms. Wolfe,

Please accept this letter as my request for a copy of the audio of the oral argument held on December 9, 2015 at 10:00AM before the Honorable Pooler, Calabresi and Lynch in Courtroom 1505.

I enclose my check payable to the United States Court of Appeals in the amount of $30.00. Kindly send the copy to my address as set forth in the letterhead.

Please contact me with any questions.

Very truly yours,

Philip D. Stern
Enclosures
via regular mail
cc: Annamarie Avila
    Sara Elrod

0717